No. 00–1454. TEXTRON FUNDING CORP. ET AL. *v.* BESSETTE. C. A. 1st Cir. Motions of American Financial Services Association and New England Legal Foundation for leave to file briefs as *amici curiae* granted. Certiorari denied. ■

No. 00–1498. SIENKIEWICZ *v.* McDOUGALL ET AL. C. A. 11th Cir. Certiorari before judgment denied.